# UNITED STATES DISTRICT COURT

for the
District of Arizona

DOA 09-18-17

United States of America
v.
Miguel Heriberto Lugo-Valenzuela,
a.k.a.: Miguel E. Lugo-Valenzuela,
a.k.a.: Jesus Daniel Cota-Martinez,
(A095 117 453)
*Defendant*

Case No. 17-9446 mJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 12, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Miguel Heriberto Lugo-Valenzuela, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 9, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

CEB

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Ryan Powell

☒ Continued on the attached sheet.

*Complainant's signature*

Darrin J. McNeill,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 20, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On January 12, 2017, Miguel Heriberto Lugo-Valenzuela was arrested by the Phoenix Police Department and booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Lugo-Valenzuela was encountered by ICE Officer J. Claudio who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On September 18, 2017, Lugo-Valenzuela was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Lugo-Valenzuela was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Miguel Heriberto Lugo-Valenzuela to be a citizen of Mexico and a previously deported criminal alien. Lugo-Valenzuela was removed from the United States to Mexico at or near Nogales, Arizona, on or about

January 9, 2016, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Lugo-Valenzuela in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lugo-Valenzuela's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Miguel Heriberto Lugo-Valenzuela was convicted of Re-Entry of Removed Alien, a felony offense, on October 19, 2015, in the United States District Court, District of Arizona. Lugo-Valenzuela was sentenced to seven (7) months' imprisonment and one (1) year of supervised release. Lugo-Valenzuela's criminal history was matched to him by electronic fingerprint comparison.

5. On September 18, 2017, Miguel Heriberto Lugo-Valenzuela was advised of his constitutional rights. Lugo-Valenzuela freely and willingly acknowledged his rights and agreed to provide a statement under oath. Lugo-Valenzuela stated that his true name is Miguel Heriberto Lugo-Valenzuela, and that he is a citizen of Mexico. Lugo-Valenzuela stated that he entered the United States near Douglas, on "Enero 2017 13." Lugo-Valenzuela further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about January 12, 2017, Miguel Heriberto Lugo-Valenzuela, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about January 9, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 20th day of September, 2017.

Eileen S. Willett,
United States Magistrate Judge